No. 15-25-00138-CV

ACCEPTED
15-25-00138-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
11/3/2025 11:25 AM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
11/3/2025 11:25:32 AM
CHRISTOPHER A. PRINE
Clerk

# IN THE COURT OF APPEALS FOR THE FIFTEENTH JUDICIAL DISTRICT OF TEXAS IN AUSTIN

**SHAMAR D. BRADLEY,**
*Appellant,*

v.

**TEXAS OFFICE OF THE ATTORNEY GENERAL AND TEXAS DEPARTMENT OF INFORMATION RESOURCES,**
*Appellees.*

## NOTICE OF APPEARANCE OF COUNSEL

Appellee, the Office of the Attorney General of Texas, files this Notice of Appearance of Counsel pursuant to Texas Rule of Appellate Procedure 6.1. The Office of Attorney General designates Assistant Attorney General Rosalind L. Hunt as lead counsel in this matter. Ms. Hunt will represent the Office of the Attorney General in this appeal, and she may receive all communications from the Court and other parties at the address indicated below.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney
General

AUSTIN KINGHORN
Deputy Attorney General for Civil
Litigation

ERNEST C. GARCIA
Chief, Administrative Law Division

*/s/ Rosalind L. Hunt*
Rosalind L. Hunt
State Bar No. 24067108
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
Administrative Law Division
P. O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 475-4166
Fax: (512) 320-0167
Rosalind.Hunt@oag.texas.gov

COUNSEL FOR APPELLEE OFFICE OF THE
ATTORNEY GENERAL OF TEXAS

I certify that a true and correct copy of the foregoing Notice of Counsel was served on the following counsel of record by electronic service and/or e-mail on October 28, 2025:

Shamar D. Bradley
10109 Lake Creek Parkway, # 170682
Austin, Texas 78117
Tel.: (210) 425-5464
Shamar.d.bradley@gmail.com

*Appellant Pro Se*

Denver Burris
Assistant Attorney General
Texas State Bar No. 24138940
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
GENERAL LITIGATION DIVISION
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 475-4105
Denver.Burris@oag.texas.gov

*Counsel for Appellee Texas Department of Information Resources*

/s/ Rosalind L. Hunt
Rosalind L. Hunt
Assistant Attorney General

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jennifer Foster on behalf of Rosalind Hunt
Bar No. 24067108
jennifer.foster@oag.texas.gov
Envelope ID: 107582801
Filing Code Description: Other Document
Filing Description: Notice of Appearance of Counsel
Status as of 11/3/2025 11:57 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Rosalind Hunt | | ROSALIND.HUNT@OAG.TEXAS.GOV | 11/3/2025 11:25:32 AM | SENT |
| Denver Burris | | denver.burris@oag.texas.gov | 11/3/2025 11:25:32 AM | SENT |
| Jennifer Foster | | Jennifer.Foster@oag.texas.gov | 11/3/2025 11:25:32 AM | SENT |
| Josh Godbey | | JOSH.GODBEY@OAG.TEXAS.GOV | 11/3/2025 11:25:32 AM | ERROR |

Associated Case Party: SHAMARD.BRADLEY

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Shamar D.Bradley | | shamar.d.bradley@gmail.com | 11/3/2025 11:25:32 AM | SENT |